IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00224-RJC-DSC

| | |
|---|---|
| GERALD STEVEN WEBB,<br>Plaintiff<br><br>vs.<br><br>MEGAN J. BRENNAN,<br>POSTMASTER GENERAL,<br>Defendant. | ORDER GRANTING JOINT<br>MOTION TO STAY |

Pending before the Court is the Joint Motion for Stay Pending Ruling on Summary Judgment (Doc. 35). Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Court **GRANTS** the Motion.

All deadlines set forth in the Pretrial Order and Case Management Plan (Doc. 22), entered on March 29. 2017, are **STAYED** pending the Court's resolution of Defendant's Motion for Summary Judgment (Doc. 23). Future deadlines, if any, will be assessed at a later date.

**SO ORDERED**.

Signed: January 19, 2018

David S. Cayer
United States Magistrate Judge

1