# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Gerald Steven Webb**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00224-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Megan J Brennan**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2018 Ruling.

July 26, 2018

*[signature]*

Frank G. Johns, Clerk
United States District Court